In the Matter of the Accounting of EDWARD N. TAILER et al., as Executors of WILLIAM H. TAILER, Deceased.

WILLIAM H. TAILER, JR., et al., Appellants; HENRY R. C. WATSON et al., as Executors of MARIA C. TAILER, Deceased, et al., Respondents.

*Matter of Tailer*, 147 App. Div. 741, affirmed.
(Argued May 2, 1912; decided May 21, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 16, 1912, which reversed a decree of the New York County Surrogate's Court construing the will of William H. Tailer, deceased.

*William H. Hamilton* and *Norman C. Conklin* for appellants.

*John M. Bowers, Latham G. Reed* and *Gerald S. O'Loughlin* for executors of Maria C. Tailer, deceased, respondents.

*Edward S. Frith* and *Winston H. Hagen* for executors of William H. Tailer, deceased, respondents.

Order affirmed, with costs to both parties payable out of estate, on opinion of MCLAUGHLIN, J., below.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.